**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES in EXHIBIT A** |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 2nd day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A

4:04-cv-01717-BRW   Simmons, et al v. Wyeth Inc, et al
4:04-cv-01736-BRW   Lair, et al v. Wyeth Inc, et al
4:04-cv-01744-BRW   Emery, et al v. Wyeth Inc, et al
4:04-cv-01742-BRW   Abernathy, et al v. Wyeth Inc, et al
4:04-cv-01749-BRW   Martlew v. Wyeth Inc, et al

4:04-cv-01751-BRW   Simmons v. Wyeth Inc, et al
4:04-cv-01767-BRW   Stalls v. Wyeth Inc, et al
4:04-cv-01790-BRW   Peterson, et al v. Wyeth Inc, et al
4:04-cv-01805-BRW   Cottrell v. Wyeth Inc, et al
4:04-cv-01811-BRW   Carrozzella v. Wyeth Inc, et al

4:04-cv-01812-BRW   Dietrich, et al v. Wyeth Inc, et al
4:04-cv-01818-BRW   Bennett v. Wyeth Inc, et al
4:04-cv-01828-BRW   Gerow v. Wyeth Inc, et al
4:04-cv-01831-BRW   Terry, et al v. Wyeth Inc, et al
4:04-cv-01837-BRW   Jones v. Wyeth Inc, et al

4:04-cv-01839-BRW   Fischer v. Wyeth Inc, et al
4:04-cv-01840-BRW   Blake v. Wyeth Inc, et al
4:04-cv-01844-BRW   Broyles v. Wyeth Inc, et al
4:04-cv-01852-BRW   Shookman v. Wyeth Inc, et al
4:04-cv-01869-BRW   Parrish, et al v. Wyeth Inc, et al

4:04-cv-01872-BRW   Jaeger v. Wyeth Inc, et al
4:04-cv-01897-BRW   Foley v. Wyeth Inc, et al
4:04-cv-01902-BRW   Acker v. Wyeth Inc, et al
4:04-cv-01905-BRW   Wadler v. Wyeth Inc, et al
4:04-cv-01910-BRW   Johnson, et al v. Wyeth Inc, et al

4:04-cv-01912-BRW   Hendrickson v. Wyeth Inc, et al
4:04-cv-01918-BRW   Ashner, et al v. Wyeth Inc, et al
4:04-cv-01922-BRW   Skaggs, et al v. Wyeth Inc, et al
4:04-cv-01933-BRW   Allen, et al v. Wyeth Inc, et al
4:04-cv-01940-BRW   Ballauer, et al v. Wyeth Inc, et al

4:04-cv-01946-BRW   Turner, et al v. Wyeth Inc, et al
4:04-cv-01947-BRW   Dillman, et al v. Wyeth Inc, et al
4:04-cv-01951-BRW   Pierce, et al v. Wyeth Inc, et al
4:04-cv-01956-BRW   Stowers v. Wyeth Inc, et al
4:04-cv-01957-BRW   Guffey, et al v. Wyeth Inc, et al

4:04-cv-02248-BRW   Hulsey, et al v. Wyeth, et al
4:05-cv-00091-BRW   Israel v. Wyeth, et al
4:05-cv-00355-BRW   Ragsdale, et al v. Wyeth Inc, et al
4:05-cv-00741-BRW   Pursel, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00966-BRW   Sarmiento et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00968-BRW Guida et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00971-BRW De Vos et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00973-BRW Bellingham et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00975-BRW Lawrence v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00976-BRW Pierre et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00977-BRW Campus et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00995-BRW Hirsch v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01009-BRW Draski et al v. Wyeth et al
4:05-cv-01021-BRW Meilinger et al v. Wyeth Inc et al
4:05-cv-01146-BRW McKesson et al v. Wyeth Inc et al

4:05-cv-01147-BRW Hensley et al v. Wyeth Inc et al
4:05-cv-01148-BRW Windsor et al v. Wyeth Inc et al
4:05-cv-01151-BRW Rosso et al v. Wyeth Inc et al
4:05-cv-01152-BRW Smitley et al v. Wyeth Inc et al
4:05-cv-01155-BRW Barsom et al v. Wyeth Inc et al

4:05-cv-01157-BRW Hall et al v. Wyeth Inc et al
4:05-cv-01160-BRW Carroway v. Wyeth Inc et al
4:05-cv-01162-BRW Scheid et al v. Wyeth Inc et al
4:05-cv-01164-BRW Wynn et al v. Wyeth Inc et al
4:05-cv-01166-BRW Dewitt v. Wyeth Inc et al

4:05-cv-01168-BRW Allman et al v. Wyeth Inc et al
4:05-cv-01173-BRW Vargo v. Wyeth Inc et al
4:05-cv-01247-BRW Porter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01255-BRW Towle v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01257-BRW Haigler et al v. Wyeth Inc et al

4:05-cv-01259-BRW Evin v. Wyeth Inc et al
4:05-cv-01376-BRW Rymer v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01401-BRW Reed v. Pfizer Inc et al
4:05-cv-01403-BRW Arko et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01423-BRW Shreve v. Wyeth Pharmaceuticals Inc et al

4:05-cv-01425-BRW Franklin v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01426-BRW Holden et al v. Pfizer Inc et al
4:05-cv-01427-BRW Wilkerson et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01428-BRW Fudally et al v. Wyeth et al
4:05-cv-01432-BRW Boonstra v. Wyeth et al

4:05-cv-01449-BRW Gardner et al v. Wyeth et al
4:05-cv-01457-BRW Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW Lake v. Wyeth Inc et al
4:05-cv-01459-BRW Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW Von Nostitz v. Wyeth Inc et al

4:05-cv-01461-BRW   Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW   Steinbuch et al v. Wyeth Inc et al
4:05-cv-01463-BRW   Sanford et al v. Wyeth et al
4:05-cv-01464-BRW   Lewis v. Wyeth et al
4:05-cv-01467-BRW   Huff et al v. Wyeth Inc et al

4:05-cv-01468-BRW   Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW   Hamlin et al v. Wyeth Inc et al
4:05-cv-01487-BRW   Lick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01553-BRW   Slavik v. Wyeth Inc et al
4:05-cv-01534-BRW   Edwards et al v. Wyeth et al

4:05-cv-01566-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW   Thompson et al v. Wyeth Inc et al
4:05-cv-01572-BRW   Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW   Penrod v. Wyeth Inc et al
4:05-cv-01577-BRW   Spielman et al v. Wyeth Inc et al

4:05-cv-01578-BRW   Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW   Reece v. Wyeth Inc et al
4:05-cv-01594-BRW   Beebe et al v. Wyeth et al
4:05-cv-01596-BRW   Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW   Combs et al v. Wyeth Inc et al

4:05-cv-01598-BRW   Schouweiler v. Pharmacia & Upjohn Co.et al
4:05-cv-01600-BRW   Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW   Littrell et al v. Wyeth Inc et al
4:05-cv-01605-BRW   Pogue v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01642-BRW   Bailey et al v. Wyeth Inc et al

4:05-cv-01647-BRW   Snopel et al v. Wyeth Inc et al
4:05-cv-01695-BRW   Andrade v. Wyeth Inc et al
4:05-cv-01699-BRW   Quillen v. Wyeth Inc et al
4:05-cv-01738-BRW   Morin v. Wyeth Inc et al
4:05-cv-01741-BRW   Clemens v. Wyeth Inc et al

4:05-cv-01762-BRW   Finnegan et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01779-BRW   Fallick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01785-BRW   Huffman v. Wyeth Inc et al
4:05-cv-01791-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01796-BRW   Streible et al v. Wyeth et al

4:05-cv-01801-BRW   Tanner v. Wyeth
4:05-cv-01826-BRW   Bacha v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01862-BRW   Horgan v. Wyeth Inc et al
4:05-cv-01890-BRW   Wells v. Wyeth et al
4:05-cv-01891-BRW   Litteer et al v. Wyeth, et al

4:05-cv-01897-BRW Hoen v. Wyeth et al
4:05-cv-01925-BRW Williams v. Wyeth Inc et al
4:05-cv-01933-BRW Engstrom et al v. Wyeth Inc et al
4:05-cv-01935-BRW Stevenson v. Wyeth Inc et al
4:05-cv-01936-BRW Cignotti v. Pharmacia & Upjohn Company LLC et al

4:06-cv-00017-BRW Hughes v. Wyeth Inc et al
4:06-cv-00024-BRW Salois v. Wyeth Inc et al
4:06-cv-00028-BRW Stewart et al v. Wyeth Inc et al
4:06-cv-00044-BRW Schmid et al v. Wyeth Inc et al
4:06-cv-00049-BRW Johnson et al v. Wyeth et al

4:06-cv-00052-BRW Kern et al v. Wyeth et al
4:06-cv-00054-BRW Grimme et al v. Wyeth Inc et al
4:06-cv-00064-BRW Norwood et al v. Wyeth et al
4:06-cv-00065-BRW Hughes et al v. Wyeth et al
4:06-cv-00066-BRW Mattison et al v. Wyeth et al

4:06-cv-00067-BRW Brous et al v. Wyeth et al
4:06-cv-00102-BRW Conza v. Wyeth Inc et al
4:06-cv-00103-BRW O'Toole v. Wyeth et al
4:06-cv-00120-BRW Roffman et al v. Wyeth et al
4:06-cv-00138-BRW Truelsen v. Wyeth Inc et al

4:06-cv-00145-BRW Fruchtl et al v. Wyeth Inc et al
4:06-cv-00148-BRW Watson et al v. Wyeth Inc et al
4:06-cv-00149-BRW Minschew v. Wyeth et al
4:06-cv-00154-BRW Sochan et al v. Wyeth et al
4:06-cv-00161-BRW Spivey et al v. Wyeth Inc et al

4:06-cv-00173-BRW Hart et al v. Wyeth Inc et al
4:06-cv-00184-BRW Vossler et al v. Wyeth Inc et al
4:06-cv-00207-BRW Pow et al v. Wyeth et al
4:06-cv-00222-BRW Miller v. Wyeth et al
4:06-cv-00230-BRW Chomar v. Wyeth Inc et al

4:06-cv-00232-BRW Barrett v. Wyeth Inc et al
4:06-cv-00246-BRW White v. Wyeth et al
4:06-cv-00271-BRW Purcell et al v. Wyeth et al
4:06-cv-00278-BRW Witcher et al v. Wyeth et al
4:06-cv-00301-BRW Didier et al v. Wyeth Inc et al

4:06-cv-00303-BRW Clark v. Wyeth et al
4:06-cv-00304-BRW Campbell et al v. Wyeth Inc et al
4:06-cv-00306-BRW Myles et al v. Wyeth Inc et al
4:06-cv-00308-BRW Fallman v. Wyeth et al
4:06-cv-00309-BRW Coppock v. Wyeth et al

4:06-cv-00310-BRW White v. Wyeth et al
4:06-cv-00312-BRW Peterson v. Wyeth et al
4:06-cv-00313-BRW Hood v. Wyeth Inc et al
4:06-cv-00329-BRW Stafford v. Wyeth et al
4:06-cv-00347-BRW Reed v. Wyeth Inc et al

4:06-cv-00388-BRW Langston et al v. Wyeth Inc et al
4:06-cv-00404-BRW Fox v. Wyeth et al
4:06-cv-00410-BRW Telsey et al v. Wyeth et al
4:06-cv-00421-BRW Valyou v. Bristol-Myers Squibb Company et al
4:06-cv-00429-BRW Doering v. Wyeth

4:06-cv-00431-BRW Johnson v. Wyeth et al
4:06-cv-00436-BRW Hogan v. Wyeth et al
4:06-cv-00440-BRW Morrell v. Wyeth et al
4:06-cv-00456-BRW Neal v. Wyeth et al
4:06-cv-00457-BRW Dolan et al v. Wyeth et al

4:06-cv-00458-BRW Dollar v. Wyeth et al
4:06-cv-00463-BRW Lenart v. Wyeth et al
4:06-cv-00469-BRW Lafferty v. Wyeth et al
4:06-cv-00479-BRW Carpenter et al v. Wyeth et al
4:06-cv-00482-BRW Rigsby v. Wyeth Inc et al

4:06-cv-00483-BRW Romano v. Wyeth Inc et al
4:06-cv-00484-BRW Kaminiski v. Wyeth Inc et al
4:06-cv-00492-BRW Latchman v. Wyeth Inc et al
4:06-cv-00516-BRW Levin v. Wyeth Inc et al
4:06-cv-00522-BRW Jones v. Wyeth et al

4:06-cv-00528-BRW Thurman et al v. Wyeth et al
4:06-cv-00529-BRW Stevens v. Pharmacia & Upjohn Company LLC et al
4:06-cv-00533-BRW Pendley v. Wyeth et al
4:06-cv-00539-BRW Gunter et al v. Wyeth et al
4:06-cv-00557-BRW Hayman v. Wyeth Inc et al

4:06-cv-00559-BRW Dunn et al v. Wyeth et al
4:06-cv-00560-BRW Linville v. Wyeth et al
4:06-cv-00562-BRW Chakerian v. Wyeth et al
4:06-cv-00563-BRW Weiss v. Wyeth et al
4:06-cv-00571-BRW Bohlen v. Wyeth Inc et al

4:06-cv-00579-BRW Lewis v. Wyeth Inc et al
4:06-cv-00584-BRW King v. Wyeth et al
4:06-cv-00586-BRW Larrick et al v. Wyeth et al
4:06-cv-00596-BRW Elich v. Wyeth et al
4:06-cv-00621-BRW Bowman v. Wyeth et al

4:06-cv-00625-BRW   Falcone et al v. Wyeth et al
4:06-cv-00626-BRW   Ryan et al v. Wyeth et al
4:06-cv-00631-BRW   Handshy et al v. Wyeth et al
4:06-cv-00634-BRW   Bowers et al v. Wyeth et al
4:06-cv-00637-BRW   Borne et al v. Wyeth Pharmaceuticals Inc

4:06-cv-00639-BRW   West et al v. Wyeth et al
4:06-cv-00640-BRW   Moritz v. Wyeth et al
4:06-cv-00642-BRW   Anderson et al v. Wyeth et al
4:06-cv-00643-BRW   Beatty et al v. Wyeth et al
4:06-cv-00644-BRW   Groh et al v. Wyeth et al

4:06-cv-00648-BRW   Troy v. Wyeth et al
4:06-cv-00650-BRW   Jackson v. Wyeth et al
4:06-cv-00651-BRW   Starnes v. Wyeth et al
4:06-cv-00686-BRW   Hunter v. Wyeth et al
4:06-cv-00691-BRW   Robinson v. Wyeth et al

4:06-cv-00693-BRW   Schexnayder v. Wyeth et al
4:06-cv-00694-BRW   Przybysz v. Wyeth et al
4:06-cv-00698-BRW   Eiseland et al v. Novartis Inc et al
4:06-cv-00699-BRW   Gillette et al v. Wyeth et al
4:06-cv-00700-BRW   Gray et al v. Wyeth et al

4:06-cv-00701-BRW   Miles et al v. Wyeth et al
4:06-cv-00703-BRW   Casteel v. Wyeth et al
4:06-cv-00705-BRW   Harvey v. Wyeth et al
4:06-cv-00706-BRW   Morgan v. Wyeth et al
4:06-cv-00707-BRW   Mercer v. Wyeth et al

4:06-cv-00708-BRW   Brown v. Wyeth et al
4:06-cv-00711-BRW   Fairbairn v. Wyeth et al
4:06-cv-00713-BRW   Glahn v. Wyeth et al
4:06-cv-00724-BRW   Harrison v. Wyeth et al
4:06-cv-00725-BRW   Moody v. Wyeth et al

4:06-cv-00734-BRW   Baker v. Wyeth et al
4:06-cv-00744-BRW   Myers et al v. Wyeth Inc et al
4:06-cv-00745-BRW   Schons v. Wyeth et al
4:06-cv-00766-BRW   Kibat v. Wyeth et al
4:06-cv-00767-BRW   Grosor v. Wyeth et al

4:06-cv-00768-BRW   Hagen v. Wyeth Inc et al
4:06-cv-00775-BRW   Taylor v. Wyeth et al
4:06-cv-00778-BRW   Jones et al v. Wyeth Inc et al
4:06-cv-00785-BRW   Pedicone v. Wyeth et al
4:06-cv-00786-BRW   Behnke et al v. Wyeth Inc et al

4:06-cv-00790-BRW Ulmen v. Wyeth et al
4:06-cv-00791-BRW Newland v. Wyeth et al
4:06-cv-00792-BRW Hart et al v. Wyeth Inc et al
4:06-cv-00794-BRW Easley v. Wyeth et al
4:06-cv-00795-BRW Hodge v. Wyeth et al

4:06-cv-00796-BRW Klauck v. Wyeth et al
4:06-cv-00798-BRW Patterson v. Wyeth et al
4:06-cv-00799-BRW Massey et al v. Wyeth et al
4:06-cv-00802-BRW Hughes et al v. Wyeth et al
4:06-cv-00804-BRW Laines v. Wyeth et al

4:06-cv-00808-BRW Raterman v. Wyeth Inc et al
4:06-cv-00813-BRW Zachow et al v. Wyeth Inc et al
4:06-cv-00814-BRW Jones v. Wyeth Inc et al
4:06-cv-00823-BRW Reingold v. Wyeth et al
4:06-cv-00824-BRW Crittenden v. Wyeth et al

4:06-cv-00840-BRW Peoples v. Wyeth et al
4:06-cv-00852-BRW Bradley et al v. Wyeth et al
4:06-cv-00854-BRW Johnson et al v. Wyeth Inc et al
4:06-cv-00855-BRW Bailey v. Pfizer Inc et al
4:06-cv-00859-BRW Whitman v. Wyeth et al

4:06-cv-00875-BRW Turner v. Wyeth et al
4:06-cv-00885-BRW Townsend v. Wyeth et al
4:06-cv-00888-BRW Elliott v. Wyeth et al
4:06-cv-00889-BRW Hare v. Wyeth et al
4:06-cv-00890-BRW Olive v. Wyeth et al

4:06-cv-00891-BRW Hayes v. Wyeth et al
4:06-cv-00894-BRW Wadkins v. Wyeth et al
4:06-cv-00895-BRW Portrey v. Wyeth et al
4:06-cv-00896-BRW Branton v. Wyeth et al
4:06-cv-00897-BRW McKay v. Wyeth et al

4:06-cv-00901-BRW Robbins v. Wyeth Inc et al
4:06-cv-00902-BRW Frazier v. Wyeth et al
4:06-cv-00905-BRW Gustin v. Wyeth et al
4:06-cv-00906-BRW Mueller v. Wyeth et al
4:06-cv-00907-BRW Bjornson et al v. Pharmacia & Upjohn Co. LLC et al

4:06-cv-00913-BRW Long v. Wyeth et al
4:06-cv-00917-BRW Leseberg et al v. Wyeth et al
4:06-cv-00934-BRW Schmitt v. Wyeth et al
4:06-cv-00935-BRW Zaleski v. Wyeth Inc et al
4:06-cv-00939-BRW Huddleston v. Wyeth et al

4:06-cv-00950-BRW   Morgan v. Wyeth et al
4:06-cv-00955-BRW   Dunkhas et al v. Wyeth et al
4:06-cv-00956-BRW   St John et al v. Wyeth et al
4:06-cv-00958-BRW   Griffin v. Wyeth et al
4:06-cv-00964-BRW   Meade v. Wyeth

4:06-cv-00969-BRW   Ennis v. Wyeth et al
4:06-cv-00971-BRW   Howard v. Wyeth et al
4:06-cv-00972-BRW   Cook v. Wyeth et al
4:06-cv-00973-BRW   Labelle v. Wyeth et al
4:06-cv-00974-BRW   Wright v. Wyeth et al

4:06-cv-00976-BRW   Pyle v. Wyeth et al
4:06-cv-00978-BRW   Storch v. Wyeth et al
4:06-cv-00979-BRW   Ray v. Wyeth et al
4:06-cv-00984-BRW   Irwin v. Wyeth et al
4:06-cv-00991-BRW   Fonseca v. Wyeth et al

4:06-cv-00992-BRW   Burns v. Wyeth et al
4:06-cv-01016-BRW   Dold et al v. Wyeth et al
4:06-cv-01020-BRW   Malmstrom v. Wyeth et al
4:06-cv-01024-BRW   Ritchie v. Wyeth et al
4:06-cv-01030-BRW   Downs-Breo et al v. Wyeth et al

4:06-cv-01033-BRW   Armstrong v. Wyeth et al
4:06-cv-01040-BRW   Fields v. Wyeth et al
4:06-cv-01041-BRW   Watson v. Wyeth et al
4:06-cv-01042-BRW   Smith v. Wyeth et al
4:06-cv-01043-BRW   Samples v. Wyeth et al

4:06-cv-01044-BRW   Adkisson v. Wyeth et al
4:06-cv-01050-BRW   Klocek v. Wyeth et al
4:06-cv-01052-BRW   Pepperdine v. Wyeth et al
4:06-cv-01058-BRW   Bloodgood v. Wyeth et al
4:06-cv-01059-BRW   Thebeau v. Wyeth, et al

4:06-cv-01060-BRW   Dorsett v. Wyeth et al
4:06-cv-01062-BRW   Gray v. Wyeth et al
4:06-cv-01064-BRW   Worley v. Wyeth et al
4:06-cv-01065-BRW   Roach v. Wyeth et al
4:06-cv-01067-BRW   Newhouse v. Wyeth et al

4:06-cv-01068-BRW   Baker v. Wyeth et al
4:06-cv-01070-BRW   Schmick v. Wyeth et al
4:06-cv-01071-BRW   Gant v. Wyeth et al
4:06-cv-01072-BRW   Hawemann v. Wyeth et al
4:06-cv-01075-BRW   Ross v. Wyeth Inc et al

4:06-cv-01080-BRW Nelson et al v. Wyeth et al
4:06-cv-01081-BRW Baker v. Wyeth et al
4:06-cv-01086-BRW Campbell v. Wyeth et al
4:06-cv-01092-BRW Ghorley v. Wyeth et al
4:06-cv-01093-BRW Pannell v. Wyeth et al

4:06-cv-01096-BRW Lawrence et al v. Wyeth et al
4:06-cv-01109-BRW Anderson v. Pfizer Inc et al
4:06-cv-01110-BRW Hill v. Wyeth et al
4:06-cv-01118-BRW Gavino v. Wyeth et al
4:06-cv-01121-BRW Frandsen v. Wyeth et al

4:06-cv-01124-BRW Williams v. Wyeth et al
4:06-cv-01126-BRW Hatcher v. Wyeth et al
4:06-cv-01128-BRW Furber v. Wyeth et al
4:06-cv-01129-BRW Edris v. Wyeth et al
4:06-cv-01131-BRW Hickman-Claytor v. Wyeth et al

4:06-cv-01143-BRW Paradis v. Wyeth et al
4:06-cv-01145-BRW Morris et al v. Wyeth et al
4:06-cv-01163-BRW Burgett v. Wyeth et al
4:06-cv-01164-BRW Rodriguez v. Wyeth Inc et al
4:06-cv-01168-BRW Jones et al v. Wyeth et al

4:06-cv-01169-BRW Bickel et al v. Wyeth et al
4:06-cv-01171-BRW Merwin et al v. Wyeth et al
4:06-cv-01172-BRW Taylor v. Wyeth et al
4:06-cv-01176-BRW Thrift v. Wyeth et al
4:06-cv-01181-BRW Billeau et al v. Wyeth et al

4:06-cv-01182-BRW Boelk et al v. Wyeth et al
4:06-cv-01183-BRW Flores et al v. Wyeth et al
4:06-cv-01191-BRW Bross v. Wyeth et al
4:06-cv-01199-BRW Ulmer v. Wyeth et al
4:06-cv-01206-BRW Wilson v. Wyeth et al

4:06-cv-01207-BRW Pritchett et al v. Wyeth et al
4:06-cv-01208-BRW George et al v. Wyeth et al
4:06-cv-01210-BRW Seaton et al v. Wyeth et al
4:06-cv-01213-BRW Johnson v. Wyeth et al
4:06-cv-01216-BRW Grindle et al v. Wyeth et al

4:06-cv-01218-BRW Garcia et al v. Wyeth et al
4:06-cv-01221-BRW Brege v. Wyeth et al
4:06-cv-01226-BRW Baena et al v. Wyeth et al
4:06-cv-01229-BRW Weston et al v. Wyeth et al
4:06-cv-01230-BRW Walrod v. Wyeth et al

4:06-cv-01232-BRW  Sellepack v. Wyeth et al
4:06-cv-01234-BRW  Roe v. Wyeth et al
4:06-cv-01235-BRW  Roberts v. Wyeth et al
4:06-cv-01236-BRW  Patten v. Wyeth et al
4:06-cv-01237-BRW  Mullins et al v. Wyeth et al

4:06-cv-01239-BRW  Melendez v. Wyeth et al
4:06-cv-01240-BRW  Morgan et al v. Wyeth et al
4:06-cv-01242-BRW  Long et al v. Wyeth et al
4:06-cv-01243-BRW  Killian et al v. Wyeth et al
4:06-cv-01244-BRW  Carll v. Wyeth et al

4:06-cv-01245-BRW  Ayers v. Wyeth et al
4:06-cv-01246-BRW  Mancini v. Wyeth et al
4:06-cv-01247-BRW  Ferguson et al v. Wyeth et al
4:06-cv-01248-BRW  Kennedy et al v. Wyeth et al
4:06-cv-01249-BRW  Hamm v. Wyeth et al

4:06-cv-01251-BRW  McClellan v. Wyeth et al
4:06-cv-01253-BRW  O'Neil v. Wyeth et al
4:06-cv-01258-BRW  Rubin-Finn v. Wyeth et al
4:06-cv-01261-BRW  Stamper et al v. Wyeth et al
4:06-cv-01275-BRW  Jansky v. Wyeth et al

4:06-cv-01277-BRW  Dewey v. Wyeth et al
4:06-cv-01281-BRW  Shay v. Wyeth et al
4:06-cv-01283-BRW  Lykins et al v. Wyeth Inc et al
4:06-cv-01285-BRW  Lantz et al v. Wyeth et al
4:06-cv-01355-BRW  Dane v. Wyeth Inc et al

4:06-cv-01360-BRW  Blevins et al v. Wyeth et al
4:06-cv-01361-BRW  Heleniak et al v. Pfizer Inc et al
4:06-cv-01367-BRW  Darby et al v. Wyeth et al
4:06-cv-01371-BRW  Allen-Honeycutt et al v. Wyeth et al
4:06-cv-01377-BRW  Kruse et al v. Wyeth et al

4:06-cv-01389-BRW  Martin v. Wyeth Inc et al
4:06-cv-01404-BRW  Kaiser et al v. Wyeth Inc et al
4:06-cv-01406-BRW  Acard v. Wyeth et al
4:06-cv-01416-BRW  Lonkani v. Wyeth Inc et al
4:06-cv-01420-BRW  Scherer et al v. Wyeth et al

4:06-cv-01422-BRW  Newman et al v. Wyeth et al
4:06-cv-01424-BRW  Keith v. Wyeth et al
4:06-cv-01454-BRW  Brown et al v. Wyeth Inc et al
4:06-cv-01504-BRW  Aguayo et al v. Wyeth et al
4:06-cv-01518-BRW  Henry v. Pfizer Inc et al

4:06-cv-01521-BRW Galloway v. Wyeth et al
4:06-cv-01544-BRW Romel v. Wyeth et al
4:06-cv-01549-BRW Baurmash v. Wyeth Inc et al
4:06-cv-01552-BRW Dougherty v. Wyeth Inc et al
4:06-cv-01554-BRW Wilson v. Wyeth Inc et al

4:06-cv-01602-BRW Rister v. Wyeth Inc et al
4:06-cv-01655-BRW Groethe v. Wyeth et al
4:06-cv-01681-BRW Ippolito v. Wyeth Inc et al
4:06-cv-01684-BRW Williams v. Wyeth Inc et al
4:06-cv-01698-BRW McCandless v. Wyeth et al

4:07-cv-00001-BRW Addis et al v. Wyeth Inc et al
4:07-cv-00078-BRW Gattuso v. Wyeth Inc et al
4:07-cv-00096-BRW Collins v. Wyeth et al
4:07-cv-00104-BRW Arnold v. Wyeth et al
4:07-cv-00105-BRW Cox v. Wyeth et al

4:07-cv-00108-BRW Fuentes v. Wyeth Inc et al
4:07-cv-00115-BRW Nickence v. Wyeth Inc et al
4:07-cv-00125-BRW Cook et al v. Wyeth et al
4:07-cv-00127-BRW Becker v. Wyeth et al
4:07-cv-00128-BRW Doctors v. Wyeth et al

4:07-cv-00167-BRW Miller v. Wyeth
4:07-cv-00168-BRW Gabriel v. Wyeth
4:07-cv-00169-BRW Llana v. Wyeth et al
4:07-cv-00170-BRW Godwin v. Wyeth et al
4:07-cv-00182-BRW Howard v. Wyeth et al

4:07-cv-00188-BRW Vara et al v. Wyeth et al
4:07-cv-00190-BRW Podesta v. Wyeth et al
4:07-cv-00226-BRW Martinez v. Wyeth et al
4:07-cv-00230-BRW Read v. Wyeth et al
4:07-cv-00248-BRW Lawson v. Wyeth et al

4:07-cv-00293-BRW Fegley v. Wyeth et al
4:07-cv-00295-BRW Infinger et al v. Wyeth Inc et al
4:07-cv-00313-BRW Fitzner v. Wyeth et al
4:07-cv-00322-BRW Moe v. Wyeth et al
4:07-cv-00325-BRW Mullins et al v. Wyeth et al

4:07-cv-00336-BRW Gilley v. Wyeth et al
4:07-cv-00431-BRW Keane et al v. Pfizer Inc et al
4:07-cv-00456-BRW Marshall v. Wyeth et al
4:07-cv-00465-BRW Wagner v. Wyeth et al
4:07-cv-00466-BRW Swanson v. Wyeth et al

4:07-cv-00468-BRW Kaplan v. Wyeth et al
4:07-cv-00474-BRW Calabro v. Wyeth et al
4:07-cv-00480-BRW Rhodes v. Wyeth Inc
4:07-cv-00496-BRW Berns v. Wyeth Inc et al
4:07-cv-00499-BRW Mims et al v. Wyeth Pharmaceuticals Inc

4:07-cv-00500-BRW Gardner v. Wyeth Pharmaceuticals Inc
4:07-cv-00513-BRW Bernardo v. Wyeth et al
4:07-cv-00544-BRW Basham v. Wyeth et al
4:07-cv-00547-BRW Saucier et al v. Wyeth Inc et al
4:07-cv-00552-BRW VanTassal v. Wyeth et al

4:07-cv-00560-BRW Kimbrough v. Wyeth et al
4:07-cv-00578-BRW Riley v. Wyeth et al
4:07-cv-00579-BRW Soukkala v. Wyeth et al
4:07-cv-00581-BRW Lightner v. Wyeth et al
4:07-cv-00597-BRW Wright v. Wyeth et al

4:07-cv-00599-BRW McKinney v. Wyeth et al
4:07-cv-00650-BRW Greenberg v. Wyeth
4:07-cv-00724-BRW Meredith et al v. Wyeth
4:07-cv-00735-BRW Inwood v. Wyeth Inc et al
4:07-cv-00736-BRW Edmundson et al v. Wyeth et al

4:07-cv-00738-BRW Feldman v. Wyeth Inc et al
4:07-cv-01071-BRW Hoffman v. Wyeth et al
4:07-cv-01072-BRW Henderson et al v. Wyeth Inc et al
4:07-cv-01082-BRW Pace v. Wyeth et al
4:07-cv-01085-BRW Patterson v. Wyeth et al

4:07-cv-01094-BRW Mumme et al v. Wyeth Inc et al
4:07-cv-01121-BRW Kendall v. Pharmacia & Upjohn Company et al
4:07-cv-01122-BRW Johnston v. Wyeth et al
4:07-cv-01126-BRW Neilson v. Wyeth et al
4:07-cv-01127-BRW Poto v. Wyeth et al

4:07-cv-01128-BRW Shippen v. Wyeth et al
4:07-cv-01137-BRW Singer v. Wyeth et al
4:07-cv-01140-BRW Thompson v. Wyeth et al
4:07-cv-01141-BRW Pulley v. Wyeth et al
4:07-cv-01145-BRW Ward v. Wyeth et al

4:07-cv-01197-BRW Harding et al v. Wyeth Inc et al
4:07-cv-01201-BRW Bailey v. Wyeth et al
4:07-cv-01205-BRW Carruth v. Wyeth et al
4:08-cv-00009-BRW Johnson et al v. Wyeth et al
4:08-cv-00029-BRW Hesch et al v. Wyeth Inc et al

4:08-cv-00038-BRW   Ranallo v. Wyeth et al
4:08-cv-00045-BRW   Mongeon v. Wyeth et al
4:08-cv-00054-BRW   Asbury v. Wyeth et al
4:08-cv-00055-BRW   D'Andrea v. Wyeth et al
4:08-cv-00063-BRW   McCall v. Wyeth Inc et al

4:08-cv-00080-BRW   Fitzgerald et al v. Pfizer Inc et al
4:08-cv-00103-BRW   Rutledge v. Wyeth et al
4:08-cv-00113-BRW   Gaw v. Wyeth et al
4:08-cv-00125-BRW   Shows v. Wyeth Pharmaceuticals Inc
4:08-cv-00129-BRW   Beier v. Wyeth et al

4:08-cv-00135-BRW   Marsa v. Wyeth et al
4:08-cv-00173-BRW   Wilkerson v. Wyeth et al
4:08-cv-00177-BRW   Willis v. Wyeth et al
4:08-cv-00178-BRW   McGinn et al v. Wyeth Inc et al
4:08-cv-00182-BRW   Mink v. Wyeth Inc et al

4:08-cv-00186-BRW   Pecci v. Wyeth et al
4:08-cv-00192-BRW   Illingsworth v. Wyeth Inc et al
4:08-cv-00203-BRW   Pellack v. Wyeth Pharmaceuticals Inc
4:08-cv-00237-BRW   Hunt et al v. Wyeth Inc et al
4:08-cv-00239-BRW   Dake v. Pfizer Inc et al

4:08-cv-00248-BRW   Cottrell v. Wyeth et al
4:08-cv-00251-BRW   Colledge et al v. Wyeth Inc et al
4:08-cv-00252-BRW   Garfinkle v. Wyeth et al
4:08-cv-00256-BRW   Singleton v. Wyeth et al
4:08-cv-00258-BRW   Johnson et al v. Wyeth Inc et al

4:08-cv-00259-BRW   Tucker v. Wyeth et al
4:08-cv-00263-BRW   Rieder et al v. Wyeth Inc et al
4:08-cv-00264-BRW   Hirvela et al v. Wyeth Inc et al
4:08-cv-00265-BRW   Chambers et al v. Wyeth Inc et al
4:08-cv-00266-BRW   Joffrion v. Wyeth et al

4:08-cv-00289-BRW   Hill v. Wyeth et al
4:08-cv-00296-BRW   Pugh v. Wyeth Inc et al
4:08-cv-00297-BRW   Ogens v. Wyeth et al
4:08-cv-00310-BRW   Grant-Hylton v. Wyeth et al
4:08-cv-00311-BRW   Duke v. Wyeth et al

4:08-cv-00312-BRW   Brinkley v. Wyeth et al
4:08-cv-00313-BRW   Case v. Wyeth et al
4:08-cv-00314-BRW   Deavers v. Wyeth et al
4:08-cv-00322-BRW   Martin v. Wyeth et al
4:08-cv-00330-BRW   Reed v. Wyeth et al

4:08-cv-00332-BRW   Cerinetti et al v. Wyeth et al
4:08-cv-00343-BRW   Becker et al v. Wyeth Inc et al
4:08-cv-00344-BRW   Meir et al v. Wyeth Inc et al
4:08-cv-00348-BRW   Kalbfleisch et al v. Wyeth Inc et al
4:08-cv-00350-BRW   Fratzke v. Wyeth Inc et al

4:08-cv-00394-BRW   Grace v. Wyeth et al
4:08-cv-00396-BRW   Trost v. Wyeth et al
4:08-cv-00418-BRW   Zidlick v. Wyeth et al
4:08-cv-00420-BRW   Slezak v. Wyeth Inc et al
4:08-cv-00435-BRW   Hall v. Wyeth et al

4:08-cv-00445-BRW   Sharp et al v. Wyeth et al
4:08-cv-00461-BRW   Cochran v. Wyeth Inc et al
4:08-cv-00465-BRW   Johnson v. Wyeth Inc et al
4:08-cv-00495-BRW   Brooks v. Wyeth Inc et al
4:08-cv-00528-BRW   Pfaff v. Wyeth Inc et al

4:08-cv-00551-BRW   Harrison et al v. Wyeth et al
4:08-cv-00554-BRW   Miller v. Wyeth et al
4:08-cv-00565-BRW   Lowe v. Wyeth et al
4:08-cv-00605-BRW   Stedman et al v. Wyeth et al
4:08-cv-00625-BRW   Stoe et al v. Wyeth et al

4:08-cv-00632-BRW   Sauer et al v. Wyeth et al
4:08-cv-00678-BRW   Harwell v. Wyeth et al
4:08-cv-00693-BRW   Erger v. Wyeth et al
4:08-cv-00776-BRW   Carpenter v. Wyeth et al
4:08-cv-00859-BRW   Mills v. Wyeth et al

4:08-cv-00863-BRW   Savage v. Wyeth et al
4:08-cv-00867-BRW   Camp v. Wyeth et al
4:08-cv-00869-BRW   Touchstone v. Wyeth et al
4:08-cv-00872-BRW   Scholl v. Wyeth et al
4:08-cv-00874-BRW   Valovich v. Wyeth et al

4:08-cv-00923-BRW   Williams v. Wyeth Inc et al
4:08-cv-01079-BRW   Lawnsdale v. Wyeth et al
4:08-cv-01082-BRW   Bogler v. Wyeth et al
4:08-cv-01086-BRW   Haber v. Wyeth et al
4:08-cv-01161-BRW   Hickerson et al v. Wyeth Inc et al

4:08-cv-01166-BRW   Mitchener v. Wyeth Inc et al
4:08-cv-01194-BRW   Steinhardt v. Wyeth et al
4:08-cv-01195-BRW   Pruett et al v. Wyeth et al
4:08-cv-01211-BRW   Bot v. Wyeth et al
4:08-cv-01246-BRW   Shaker v. Wyeth et al

4:08-cv-01250-BRW  McCann v. Wyeth et al
4:08-cv-01284-BRW  Andres et al v. Wyeth et al
4:08-cv-01297-BRW  Lunde et al v. Wyeth
4:08-cv-01310-BRW  Daher v. Wyeth et al
4:08-cv-01316-BRW  Perez v. Wyeth Inc

4:08-cv-01361-BRW  Roberts v. Wyeth Inc et al
4:08-cv-01378-BRW  Jones v. Wyeth et al
4:08-cv-01414-BRW  Dybvig v. Wyeth Inc et al
4:08-cv-01425-BRW  Gaio v. Wyeth Inc et al
4:08-cv-01433-BRW  Pieprzny v. Wyeth Inc et al

4:08-cv-01436-BRW  Johnson v. Wyeth Inc et al
4:08-cv-01444-BRW  Bortel v. Wyeth et al
4:08-cv-01445-BRW  Jacks v. Wyeth Inc et al
4:08-cv-01446-BRW  Griesing v. Wyeth et al
4:08-cv-01447-BRW  Hoffman v. Wyeth et al

4:08-cv-01448-BRW  Kelly v. Wyeth et al
4:08-cv-01449-BRW  Larson v. Wyeth et al
4:08-cv-01522-BRW  Adkins v. Wyeth et al
4:08-cv-01548-BRW  Olson v. Wyeth et al
4:08-cv-01552-BRW  Kuntz v. Wyeth Inc et al

4:08-cv-01628-BRW  Francis v. Pfizer Inc et al
4:08-cv-01815-BRW  Love v. Wyeth Inc et al
4:08-cv-01817-BRW  Ferreira et al v. Wyeth et al
4:08-cv-01818-BRW  Ruggles v. Wyeth et al
4:08-cv-01819-BRW  Martino et al v. Wyeth et al

4:08-cv-01820-BRW  Green et al v. Wyeth et al
4:08-cv-01821-BRW  Geyer et al v. Wyeth et al
4:08-cv-01833-BRW  Paquin v. Mylan Laboratories Inc
4:08-cv-01834-BRW  Posey v. Qualitest Pharmaceuticals Inc
4:08-cv-01837-BRW  Gray et al v. Wyeth et al

4:08-cv-01840-BRW  Reed et al v. Wyeth et al
4:08-cv-01841-BRW  Fox v. Wyeth et al
4:08-cv-01842-BRW  Bowling v. Wyeth et al
4:08-cv-01858-BRW  Long v. Wyeth et al
4:08-cv-01859-BRW  Surenyan v. Wyeth et al

4:08-cv-01863-BRW  Bennett et al v. Wyeth Inc et al
4:08-cv-01867-BRW  Ewick v. Wyeth Inc et al
4:08-cv-01878-BRW  McAloon v. Wyeth Inc et al
4:08-cv-01882-BRW  McClain v. Wyeth Inc et al
4:08-cv-01883-BRW  Micheletti et al v. Wyeth Inc et al